UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RANDY W. CHANCY,

    Plaintiff,

v.                                        CASE NO. 8:21-cv-2467-SDM-CPT

SCRAPPY THOMAS, INC., et al.,

    Defendants.
_____/

## ORDER

For the third time, the parties in this FLSA action jointly move (Doc. 27) for approval of a settlement agreement (Doc. 27-1) under *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). The previous settlement agreements did not receive approval because of the inclusion of a "broad 'confidentiality' provision" and of a "general release of claims." (Docs. 24, 26) In the new agreement, the parties remove the confidentiality provision[*] and limit the application of the "release of claims" to claims under the FLSA and claims under "any other state or local wage and hour statute or regulation."

These revisions cure the defects of the previous iterations of the settlement agreement. The agreement now appears "fair and reasonable." The parties' motion

---

[*] Although the settlement agreement styles itself a "Confidential Settlement Agreement and Release," a review of the agreement reveals no clause requiring the continuing confidentiality of the agreement.

(Doc. 27) is **GRANTED**. The settlement agreement (Doc. 27-1) is **APPROVED**, and this action is **DISMISSED WITH PREJUDICE**. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on October 17, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE